PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:  (650) 364-8200
Facsimile:   (650) 780-1701
Email:  pamela.cogan@rmkb.com; robert.forni@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

```
               FILED
     CLERK, U.S. DISTRICT COURT

         January 13, 2017

     CENTRAL DISTRICT OF CALIFORNIA
     BY:      VPC      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE BARAKONSKI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE;<br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, et al.<br><br>　　　　　Defendants. | Case No.  2:15-cv-05229 SJO (JPRx)<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON |

　　　The Motion for Judgment by Defendant Liberty Life Assurance Company of Boston ("Liberty") filed on October 3, 2016, pursuant to Rule 52(c) of the Federal Rules of Civil Procedure, has been duly considered and granted by the Honorable S. James Otero, Presiding Judge, on December 20, 2016.  After full consideration of the administrative record, the moving, opposition and reply papers submitted by both parties, and arguments of counsel, and a decision having been duly rendered, the Court finds that Plaintiff Arlene Barakonski's claims for relief against Liberty in this action fail as a matter of law, and therefore, Liberty is entitled to judgment in its favor and against Plaintiff.

　　　IT IS THERFORE ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing, that the action shall be DISMISSED with prejudice, and that

1  JUDGMENT be ENTERED in favor of Defendant Liberty Life Assurance
2  Company of Boston.
3      IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendant
4  Liberty Life Assurance Company of Boston shall recover its costs, and Defendant
5  is permitted to make an Application for an Award of Attorneys' Fees under Local
6  Rule 54-10.
7      **IT IS SO ORDERED**.

8      January 13, 2017
9  Dated: ~~December xxxxxxxx, 2016~~

    */s/ S. James Otero*
    Honorable S. James Otero
    U.S. District Judge